IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Neighbors, Deon A | Case Number: 08 B 23436 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 03/10/09 | Filed: 9/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 28, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,960.00 | |
| Secured: | | 341.84 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,488.83 |
| Trustee Fee: | | 129.33 |
| Other Funds: | | 0.00 |
| Totals: | 1,960.00 | 1,960.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 2,000.00 | 1,488.83 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 4,100.00 | 332.52 |
| 4. | Village of Evergreen Park | Secured | 140.00 | 9.32 |
| 5. | Midfirst Bank | Secured | 49,152.73 | 0.00 |
| 6. | Internal Revenue Service | Priority | 24,464.93 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 42.90 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 371.79 | 0.00 |
| 9. | Nelnet | Unsecured | 931.34 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 102.96 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 57.28 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 458.52 | 0.00 |
| 13. | PRA Receivables Management | Unsecured | 62.87 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 45.61 | 0.00 |
| 15. | Credit Union One | Unsecured | 36.89 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 841.13 | 0.00 |
| 17. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 18. | Best Buy | Unsecured | | No Claim Filed |
| 19. | Circuit City | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | TCF Financial Services | Unsecured | | No Claim Filed |
| | | | $ 82,808.95 | $ 1,830.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Neighbors, Deon A | Case Number: 08 B 23436 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 9/4/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 129.33 |
| | $ 129.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*